IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GAIL F. HARLAN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-0588 |
| | ) JUDGE HAYNES |
| JOHN E. POTTER, United States Postmaster General, | ) |
| Defendant. | ) |

ORDER
This matter is GRANTED
[signature]
2-19-08

## DEFENDANT'S MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL

COMES NOW Defendant John E. Potter, United States Postmaster General by and through the undersigned United States Attorney for the Middle District of Tennessee, and request this Honorable Court to File Exhibits 1-9 of Defendant's Statement of Undisputed Facts under seal due to the documents containing personal data identifiers and medical information.

Respectfully submitted,

UNITED STATES ATTORNEY
CRAIG S. MORFORD
By:

s/ Mercedes C. Maynor- Faulcon
MERCEDES C. MAYNOR-FALCON
Assistant U. S. Attorney
110 9TH Avenue, Suite A-961
Nashville, TN 37203
Phone: 615-736-5151
B.P.R. #013330