# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GAIL F. HARLAN, ) | |
| ) | |
| Plaintiff, ) | NO. 3:07-0588 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| JOHN E. POTTER, United States ) | |
| Postmaster General, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Defendant's motion to dismiss or in the alternative for summary judgment (Docket Entry No. 16). The Defendant's motion submits the record of Plaintiff's administrative proceeding, including a psychiatric evaluation of Plaintiff. To date, Plaintiff has not responded to this motion.

Pursuant to Fed.R.Civ.P 41(b), this action is **DISMISSED** with prejudice for Plaintiff's failure to prosecute this action. Thus, Defendant's motion to dismiss or in the alternative for summary judgment (Docket Entry No. 16) is **DENIED** without prejudice as moot.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 27th day of February, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge